UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMERA LABS, INC., *et al.*,
                      Plaintiff,

          -v-

MARC WALDMAN,
                      Defendant.

21-MC-678 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Defendant shall have two weeks from the date of this Order to file any objections to Plaintiff's memorandum of law in support of its motion to compel him to comply with the subpoena duces tecum and subpoena ad testificandum. (*See* Dkt. No. 5.) Plaintiffs are directed to mail a copy of this Order to Defendant within three days of the Order's date. Plaintiffs are also ordered to mail a copy of its motion to compel and supporting documentation to Defendant within three days of this Order's date if they have not done so already.

      SO ORDERED.

Dated: September 1, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                             United States District Judge