UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMERA LABS INC., *et al.*,

                  Plaintiffs,

-v-

MARC WALDMAN,

                  Defendant.

21-MC-678 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiffs filed a motion to compel non-party Marc Waldman to comply with a subpoena duces tecum and subpoena ad testificandum served on him in June 2021 and July 2021, respectively. Plaintiffs filed their motion to compel on August 18, 2021 (Dkt. No. 1); the Court gave Waldman until September 15, 2021, to respond to the motion (*See* Dkt. No. 7), which he failed to do. Because of Waldman's failure to respond to both the motion and the underlying subpoenas (Dkt. No. 5 at 2), and the reasons set out in Plaintiffs' memorandum in support of their motion (*See* Dkt. No. 5), Plaintiffs' motion to compel is GRANTED.

    The Clerk of Court is directed to close the motion at Docket Number 1.

    SO ORDERED.

Dated: October 8, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge